UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAYMOND FRANCIS, LASHANDA
KING, and JULIEN PETIT-FRERE,

Plaintiffs,

-vs-                                                         Case No. 6:07-cv-1046-Orl-18DAB

D'FAITHFUL TRANSPORTATION, INC.,
VONYA DIXON,

Defendants.

_____

REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on the following motion filed herein:

| MOTION: | MOTION FOR DEFAULT JUDGMENT (Doc. No. 14) |
|---|---|
| FILED: | December 7, 2007 |
| THEREON it is RECOMMENDED that the motion be DENIED. | |

According to the docket, this case was filed June 21, 2007 (Doc. No. 1), and returns of service were filed in July. Defendants did not respond to the complaint. As Plaintiff failed to apply for entry of a default, as required, the Court issued an Order to Show Cause why the complaint should not be dismissed for failure to prosecute (Doc. No. 9). Plaintiff promptly filed for entry of default and the Clerk obliged on September 12, 2007 (Doc. Nos. 10, 11). Thereafter, Plaintiff did not apply for a default judgment in a timely fashion, so the Court issued its second Order to Show Cause why the complaint should not be dismissed for failure to prosecute (Doc. No. 12). On October 26, 2007,